UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| Bryant and Dolores Lewis, | ) | Case No.: 2:13-cv-02257-JAM-CMK |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Sierra Receivables Management, | ) | |
| Inc.; and DOES 1-10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

Based on Joint Motion of counsel, the deadline to file Plaintiffs' Response to Defendant's Motion to Dismiss Plaintiffs' Amended Complaint is hereby extended to February 26, 2014 and the hearing is moved to March 26, 2014 at 9:30 AM.

Date:  2/19/2014                    /s/ John A. Mendez_____

                                              Honorable John A. Mendez

JOINT MOTION