UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Bryant and Dolores Lewis,<br><br>   Plaintiffs,<br><br>vs.<br><br>Sierra Receivables Management, Inc.; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.: 2:13-cv-02257-JAM-CMK<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: 4/17/2014                               /s/ John A. Mendez_____

                                              Judge: Hon. John A. Mendez

---

2:13-cv-02257-JAM-CMK                                              STIPULATION OF DISMISSAL